# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **EDDIE JAMES KING,**  *Plaintiff,*  v.  **Doctor AIKENS,** *et al.,*  *Defendants.* | **CIVIL ACTION NO.**  **5:21-cv-00215-TES-CHW** |

## ORDER

On December 7, 2021, the United States Magistrate Judge filed a Recommendation [Doc. 26] to deny Plaintiff Eddie James King's Motion for Preliminary Injunctive Relief [Doc. 20]. The magistrate judge allowed Plaintiff 14 days within which to file any objections to the Recommendation. [Doc. 26, p. 2]. Plaintiff did not file an objection within the allotted time period. Accordingly, on January 7, 2022, the Court entered an Order [Doc. 35] adopting the Recommendation and denying Plaintiff's Motion for Preliminary Injunctive Relief.

Soon thereafter, on January 10, 2022, the Court received Plaintiff's Objection [Doc. 36] to the Recommendation, wherein he also requested that the Court accept his untimely filing because he "didn't receive [the Recommendation] until [January 5, 2022] because [sic] lack of mailroom staff." [Doc. 36, ¶ 1]. Accepting this statement to be true,

the Court **VACATES** its prior Order [Doc. 35] adopting the Recommendation, in order to fully consider Plaintiff's Objection.

The Court conducts a de novo review of those portions of the Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(C). Here, Plaintiff filed objections relating to the recommended denial of his request to receive a second medical opinion as to the treatment of his eye condition. *See generally* [Doc. 36]. Having carefully considered these objections, the Court concludes that they do not present legitimate reasons for this Court to disturb the findings of the magistrate judge.

Accordingly, the Court **ADOPTS** the United States Magistrate Judge's Recommendation [Doc. 26] and **MAKES IT THE ORDER OF THE COURT**. Plaintiff's Motion for Preliminary Injunctive Relief [Doc. 20] is **DENIED**.

**SO ORDERED**, this 10th day of January, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**