**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **EDDIE JAMES KING,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 5:21-cv-215-TES-CHW** |
| | : | |
| **DOCTOR AIKENS, *et al.*,** | : | **Proceedings under 42 U.S.C. § 1983** |
| | : | **Before the U.S. Magistrate Judge** |
| **Defendants.** | : | |
| | : | |

## ORDER

On March 16, 2022, the Court issued three subpoenas (Docs. 48, 49, 50) seeking information related to a service address for defendant Dr. Aikens. Since that time, Defendant Aikens has acknowledged service through counsel and has filed an answer to the complaint. Accordingly, the subpoenas are moot and are hereby **TERMINATED**.

**SO ORDERED**, this 20th day of April, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge