IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **EDDIE JAMES KING,**<br><br>*Plaintiff,*<br><br>v.<br><br>**Doctor AIKENS,** *et al.*,<br><br>***Defendants.*** | **CIVIL ACTION NO.**<br>**5:21-cv-00215-TES-CHW** |

**ORDER ADOPTING RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 70] to deny Plaintiff Eddie James King's Motion for Final Judgment [Doc. 41]. In response to the Recommendation, Plaintiff filed an Objection [Doc. 75]. The Court undertakes a de novo review of the portions of the Recommendation to which Plaintiff objected.[1] *See* 28 U.S.C. § 636(b)(1)(C).

In his Recommendation, the magistrate judge recommended denying final judgment against Defendant Ulrich because he hadn't yet filed an answer to Plaintiff's Complaint, and therefore, the pleadings were still open to him. [Doc. 70, p. 3]. The magistrate judge concluded that a motion for judgment on the pleadings as to Defendant Ulrich would be premature and procedurally improper. [*Id.*]. In his

---

[1] All other portions of the Recommendation are reviewed for clear error. 28 U.S.C § 636(b)(1)(A).

Objection to this recommendation, Plaintiff doesn't address or counter any part of the magistrate judge's line of reasoning. Instead, Plaintiff questions whether Defendant Ulrich, upon given the chance to file an answer, can actually "answer truthfully?" [Doc. 75, p. 2]. It seems that Plaintiff believes that Defendant Ulrich cannot honestly deny the allegations against him set forth in his Complaint and will only plot against him if afforded the opportunity to answer. *See* [*id.* ("[O]kay, can [Defendant Ulrich] say he didn't prescribe to the Plaintiff and the Plaintiff don't have glaucoma, in the left eye and have loss sight (some)? And do this Dr. Ulrich know that this eye drop could cause future damages and speed the process of going blind?")]. Despite Plaintiff's purported beliefs, the Court must conclude that the stated reasons for the magistrate judge's recommendation as to Defendant Ulrich are correct. Accordingly, Plaintiff's objection is overruled.

Next, Plaintiff objects to the recommended denial of final judgment against Defendants Aikens and Mason. [*Id.* at p. 3]. He argues that both Defendants knew about his eye problems and that "he wasn't happy with seeing Dr. Ulrich[,]" but they did not act soon enough on this knowledge. [*Id.* at pp. 3–4]. However, once again, Plaintiff's objections don't address the magistrate judge's reasoning for the recommended denial of final judgment as to these Defendants. Accordingly, the Court finds that the stated reasons for the magistrate judge's recommendation as to Defendants Aikens and Mason are correct. Plaintiff's objection is overruled.

After a de novo review of the record in this case, the Court **ADOPTS** the Recommendation [Doc. 70] and **MAKES IT THE ORDER OF THE COURT**. 28 U.S.C. § 636(b)(1)(C). Plaintiff's Motion for Final Judgment [Doc. 41] is **DENIED**.

**SO ORDERED**, this 12th day of May, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**