IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **EDDIE JAMES KING,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:21-cv-215-TES-CHW |
| | : | |
| **DOCTOR AIKENS,** *et al.*, | : | Proceedings under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendants. | : | |
| | : | |

# ORDER

Plaintiff has filed two motions for default judgment against Defendant Dr. Ulrich. (Docs. 86, 92). The Court previously set aside a default against Dr. Ulrich and permitted him to file an answer to Plaintiff's complaint. (Doc. 70). In response, Dr. Ulrich filed a timely, pre-answer motion to dismiss (Doc. 77) as permitted under Rule 12 of the Federal Rules of Civil Procedure. Because Dr. Ulrich responded to Plaintiff's complaint as instructed by filing a motion to dismiss, he is not in default. Plaintiff's motions for default judgment (Docs. 86, 92) are **DENIED**.

**SO ORDERED**, this 15th day of June, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1